BEFORE THE FIRST DIVISION, OCTOBER 2, 1952

No. 56882.—International Expediters, Inc. v. United States, protests 187348–K, etc. (New York).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise consists of slippers for housewear in chief value of leather similar in all material respects to exhibit 1 in *Weigert-Dagen et al.* v. *United States* (25 Cust. Ct. 105, C. D. 1272), the claim of the plaintiff was sustained.